IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH PAUL STOCKDALE,

    Petitioner,               No. CIV S-06-1602 DFL GGH P

    vs.

DORENE NYLUND, et al.,

    Respondents.          ORDER
_____/

       Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

       The application attacks a conviction issued by the San Bernardino Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Bernardino County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

1

Dockets.Justia.com

1   Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2   matter is transferred to the United States District Court for the Central District of California,
3   Eastern Division of the Central District, Presley Hall of Justice, 3100 Main Street, Room 137,
4   Riverside, CA 92502.
5   DATED: 8/1/06
6                                               /s/ Gregory G. Hollows
7                                               _____
    stoc1602.108                                UNITED STATES MAGISTRATE JUDGE